IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JER/JAMESON MEZZ BORROWER II LLC, *et al.*,[1] | ) ) ) | Case No. 11-13338 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | **Related to Docket Nos. 299 & 300** |

## NOTICE OF APPEAL FROM OPINION AND ORDER GRANTING COLONY'S EMERGENCY MOTIONS FOR (A) DISMISSAL OF JER/JAMESON MEZZ BORROWER II LLC'S CHAPTER 11 CASE AND (B) RELIEF FROM THE AUTOMATIC STAY

The above-captioned debtors and debtors in possession (the "Debtors"), by and through their undersigned counsel, hereby give notice, pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), of their appeal to the United States District Court for the District of Delaware from the final order of the United States Bankruptcy Court for the District of Delaware entitled *Order* [Docket No. 300] (the "Order"), which was dated and entered on December 22, 2011, and the related *Opinion* [Docket No. 299] (the "Opinion"), which was dated and entered on December 22, 2011. Pursuant to the Order, the Court granted the motions of CDCF JIH Funding, LLC and ColFin JIH Funding, LLC for relief from stay, and to dismiss the petition of Debtor Mezz Borrower II,

---

[1] Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are JER/Jameson Mezz Borrower II LLC (6522); JER/Jameson Mezz Borrower I LLC (6488); JER/Jameson Properties LLC (6426); JER/Jameson NC Properties LP (8691); and JER/Jameson GP LLC (6272). The Debtors' mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

LLC. The Debtors appeal both rulings of the Order. A copy of the Order and the Opinion are attached as <u>Exhibits 1</u> and <u>2</u>, respectively.

The names of parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party: | Attorneys: |
|---|---|
| **Debtors / Appellants:** | PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones (Bar No. 2436)<br>Alan J. Kornfeld (CA Bar No. 130063)<br>David M. Bertenthal (CA Bar No. 167624)<br>Curtis Hehn (Bar No. 4264)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: 302 652 – 4100<br>Facsimile: 302-652-4400 |
| **CDCF JIH Funding, LLC and ColFin JIH Funding, LLC:** | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>John T. Dorsey, Esquire<br>Margaret Whiteman, Esquire<br>Patrick A. Jackson, Esquire<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br><br>and<br><br>CLEARY GOTTLIEB STEEN & HAMILTON, LLP<br>Lindsee P. Granfield, Esquire<br>Seane A. O'Neal, Esquire<br>Jane VanLare, Esquire<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: 212-225-2000<br>Facsimile: 212-225-3999 |

**Gramercy Loan Services LLC and Gramercy Warehouse Funding I LLC:**

    STEVENS & LEE
    Joseph H. Huston, Esquire
    1105 N. Market Street, 7th Floor
    Wilmington, Delaware 19801
    Telephone: 302-654-5180
    Facsimile: 302-654-5181

    and

    KIRKLAND & ELLIS LLP
    James H.M. Sprayregen, P.C.
    Anup Sathy, P.C.
    Ross M. Kwaswteniet, Esquire
    300 North LaSalle
    Chicago, Ill 60654
    Telephone: 312-826-2000
    Facsimile: 312-862-2200

**United States Trustee:**

    OFFICE OF THE UNITED STATES TRUSTEE
    David Buchbinder, Esquire
    844 North King Street, Room 2207
    Wilmington, DE 19801
    Telephone: 302-573-6491
    Facsimile: 302-573-6497

*[Remainder of Page Intentionally Left Blank]*

Dated: December 28, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Curtis A. Hehn
Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
David M. Bertenthal (CA Bar No. 167624)
Curtis Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705
Telephone: 302 652 – 4100
Facsimile: 302-652-4400
E-mail: ljones@pszjlaw.com
akornfeld@pszjlaw.com
dbertenthal@pszjlaw.com
chehn@pszjlaw.com
tcairns@pszjlaw.com

[Proposed] Counsel to the Debtors / Appellants